U.S. Department of Justice

Eastern District of California

McGregor W. Scott
United States Attorney

501 I Street, Suite 10-100                 916/554-2700

Sacramento, California 95814              Fax 916/554-2900
                                          TTY 916/554-2855


December 7, 2005


Honorable Peter A. Nowinski
U. S. Magistrate Judge
501 I Street
Sacramento, California   95814

    Re:   United States v. Josue Galvan Gonzalez
          Magistrate # 03-026-PAN
          Unlawful Flight to Avoid Prosecution

Dear Magistrate Nowinski:

    There was filed before you, on February 1, 2003, a complaint for unlawful flight to avoid prosecution.

    We have been notified by the Federal Bureau of Investigation that the subject was located in Mexico.  The District Attorney's office for the County of San Joaquin has requested that the above-referenced complaint be dismissed.

    Therefore, we respectfully request that the complaint be dismissed and the warrant recalled.

                    Very truly yours,

                    McGREGOR W. SCOTT
                    United States Attorney


                    By /S/ THOMAS E. FLYNN
                       THOMAS E. FLYNN
                    Assistant U.S. Attorney


IT IS SO ORDERED:

    Dated:   December 8, 2005.


                    /s/ Peter A. Nowinski
                    PETER A. NOWINSKI
                    Magistrate Judge

CERTIFICATE OF SERVICE

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>        Plaintiff,            )     MAGISTRATE NO. 03-026-PAN<br>                              )<br>   v.                         )<br>                              )<br>Josue Galvan Gonzalez         )<br>                              )<br>        Defendant(s).         )<br>_____) | |

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion as to be competent to serve papers.

That on December 7, 2005, she served a copy of the attached:

Motion to Dismiss; Proposed Order

by placing said copy into the interoffice mail.

    Federal Defender's Office

    United States Marshal's Office

                                              /S/ Patsy Silva
                                                 Patsy Silva